IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:26-MJ-0002 |
| | ) | |
| CODY MILLER, | ) | Court Date: January 5, 2026 |
| | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION

Count I (Class A Misdemeanor – E1941445)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about October 3rd, 2025, at Joint Base Myer Henderson Hall, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, Cody Miller, did damage unattended property while operating a motor vehicle on a highway within the Commonwealth and did fail to make a reasonable effort to find the owner or custodian of such property.

(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 46.2-896.)

Respectfully submitted,

By: _____/s/_____
Cain Crouse
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3896
Fax: 703-299-3980
Email: cain.crouse@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on December 29, 2025, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will cause a true and accurate copy of this document to be transmitted to counsel of record.

By: _____/s/_____
Cain Crouse
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3896
Fax: 703-299-3980
Email: cain.crouse@usdoj.gov